UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEYEMI OLUWAROTIMI BENSON, <br><br> Petitioner, <br><br> v. <br><br> NATHALIE AHSER, Seattle Field Office Director, United States Immigration and Customs Enforcement, <br><br> Respondent. | Case No. C11-942-MJP-BAT <br><br> **REPORT AND RECOMMENDATION** |

Petitioner is proceeding pro se. By letter dated June 7, 2011, he was granted 30 days to either pay the $5.00 filing fee, or submit an application to proceed *in forma pauperis* ("IFP"), together with a certified copy of his prison trust account statement showing transactions for the past six months. Dkt. No. 3. He was advised that failure to respond to the letter by July 7, 2011, could result in dismissal of the case. *Id*. To date, petitioner has neither paid the filing fee nor submitted an application for IFP status. Accordingly, the Court recommends that this action be dismissed without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

DATED this 11th day of July, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 1