# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ADEYEMI OLUWAROTIMI BENSON, | )<br>) |
| Petitioner, | ) Case No. C11-942-MJP<br>) |
| v. | ) **ORDER OF DISMISSAL**<br>) |
| NATHALIE AHSER, Seattle Field Office Director, United States Immigration and Customs Enforcement, | )<br>)<br>)<br>) |
| Respondent. | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and noting the lack of any objections, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's proposed habeas petition, Dkt. No. 1, is DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 4th day of August, 2011.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 1